AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**RIDER "A" TO SUMMONS IN**
**GOVERNMENT EMPLOYEES INSURANCE CO., et al.  v.**
**ROLANDO CHUMACEIRO, M.D. et al.**

**Full Caption:**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY, and GEICO
CASUALTY COMPANY,                                                         Docket No.: _____(     )

                                                                Plaintiffs,

        -against-

ROLANDO CHUMACEIRO, M.D., SMART CHOICE
MEDICAL, P.C,  MARCELO QUIROGA, D.C.,
SOUTHERN BLVD CHIROPRACTIC, P.C., JOHN PAUL
BUCCI, D.C., BROWNSVILLE CHIROPRACTIC, P.C.,
AHRAM UM, L.Ac., HARMONIZED ACUPUNCTURE,
P.C., SACHIE KUROYAMA, L.Ac., SA QI
ACUPUNCTURE, P.C., KAZUKO NAKAMURA, L.Ac.,
K N ACUPUNCTURE, P.C., PETER KHAIM a/k/a/ PETER
KHAIMOV, A&P HOLDING GROUP CORP.,
ALEXANDER GULKAROV, LL CONSULTING GROUP,
INC. d/b/a BILLING 4 YOU, L.L.C., ROMAN ISRAILOV,
ALL NETWORK MARKETING CORP., ALEX
BUZIASHVILI, INNOVATIONS TECH GROUP, L.L.C.,
ANTHONY DIPIETRO, and JOHN DOE DEFENDANTS
"1-10",

                                                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**Named Defendants:**

Rolando Chumaceiro, M.D.
1506 Pondcrest Lane
White Plains, New York 10607

Smart Choice Medical, P.C.
c/o New York Secretary of State
99 Washington Street, Suite 600
Albany, New York 12231

Marcelo Quiroga, D.C.
3306 88th Street, Suite 202
Jackson Heights, New York 11372

Southern Blvd Chiropractic, P.C.
c/o New York Secretary of State
99 Washington Street, Suite 600
Albany, New York 12231

John Paul Bucci, D.C.
143 Sweetfield Circle Apt 3FL
Yonkers, New York 10704

Brownsville Chiropractic, P.C.
c/o New York Secretary of State
99 Washington Street, Suite 600
Albany, New York 12231

Ahram Um, L.Ac.
403 Charles Place
Leonia, New Jersey 07605

Harmonized Acupuncture, P.C.
c/o New York Secretary of State
99 Washington Street, Suite 600
Albany, New York 12231

Sachie Kuroyama, L.Ac.
201 Bridge Plaza N Apt 12C
Fort Lee, New Jersey 07024

Sa Qi Acupuncture, P.C.
c/o New York Secretary of State
99 Washington Street, Suite 600
Albany, New York 12231

Kazuko Nakamura, L.Ac.
157 Bay Street Apt 411
Brooklyn, New York 11231

K N Acupuncture, P.C.
c/o New York Secretary of State
99 Washington Street, Suite 600
Albany, New York 12231

Peter Khaim a/k/a/ Peter Khaimov
7130 Yellowstone Blvd. Apt D
Forest Hills, New York, 11375

A&P Holding Group Corp.
c/o New York Secretary of State
99 Washington Street, Suite 600
Albany, New York 12231

Alexander Gulkarov
96-09 66th Avenue, #6D
Rego Park, New York 11374

LL Consulting Group, Inc. d/b/a/ Billing 4 You, L.L.C.
c/o New York Secretary of State
99 Washington Street, Suite 600
Albany, New York 12231

Roman Israilov
987 E. End
Woodmere, New York 11598

All Network Marketing Corp.
c/o New York Secretary of State
99 Washington Street, Suite 600
Albany, New York 12231

Alex Buziashvili
740 Kearny Drive
Valley Stream, New York 11581

Innovations Tech Group, L.L.C.
c/o New York Secretary of State
99 Washington Street, Suite 600
Albany, New York 12231

Anthony DiPietro
56 Parkview Drive
Bronxville, New York 10708