UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY, and GEICO
CASUALTY COMPANY,

Docket No.: 20-cv-02220-EK-PK

           Plaintiffs,

  -against-

ROLANDO CHUMACEIRO, M.D., SMART CHOICE
MEDICAL, P.C, MARCELO QUIROGA, D.C.,
SOUTHERN BLVD CHIROPRACTIC, P.C., JOHN PAUL
BUCCI, D.C., BROWNSVILLE CHIROPRACTIC, P.C.,
AHRAM UM, L.Ac., HARMONIZED ACUPUNCTURE,
P.C., SACHIE KUROYAMA, L.Ac., SA QI
ACUPUNCTURE, P.C., KAZUKO NAKAMURA, L.Ac.,
K N ACUPUNCTURE, P.C., PETER KHAIM a/k/a/ PETER
KHAIMOV, A&P HOLDING GROUP CORP.,
ALEXANDER GULKAROV, LL CONSULTING GROUP,
INC. d/b/a BILLING 4 YOU, L.L.C., ROMAN ISRAILOV,
ALL NETWORK MARKETING CORP., ALEX
BUZIASHVILI, INNOVATIONS TECH GROUP, L.L.C.,
ANTHONY DIPIETRO, and JOHN DOE DEFENDANTS
"1-10",

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

 Please enter my appearance as counsel for the Plaintiffs, GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY COMPANY (collectively, "Geico" or "Plaintiffs"), in the above-titled action.

Dated:   Uniondale, New York
      May 21, 2020

           RIVKIN RADLER LLP

      By: /s/ *Colleen A. O'Neil*
         Colleen A. O'Neil, Esq.
         926 RXR Plaza
         Uniondale, New York 11556-0926
         Telephone: (516) 357-3000
         Facsimile: (516) 357-3333
         RR File No. 005100.02990