UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GOVERNMENT EMPLOYEES INSURANCE COMPANY, *et al.*,

                     Plaintiffs,

- against -

ROLANDO CHUMACEIRO, M.D, *et al.*,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 1:20-cv-02220-EK-PK

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Defendants Kazuko Nakamura, L.Ac and K N Acupuncture, P.C. in this action. All pleadings, papers and documents required to be served in this action upon said Defendants shall be served upon the undersigned.

Dated:  Uniondale, New York
         May 26, 2020

                                            EISENBERG & CARTON

                                            */s/ Lloyd M. Eisenberg*
                                   By:_____
                                        Lloyd M. Eisenberg
                                   405 RXR Plaza
                                   Uniondale, New York  11556
                                   (516) 221-3700

                                   Attorneys for Defendants
                                   Kazuko Nakamura, L.Ac and
                                   K N Acupuncture, P.C.