Case Name: <u>GEICO, et al. v. Chumaceiro, et al.</u> Case Number <u>1:20-cv-02220</u> (EK)(PK)

| PROPOSED DISCOVERY PLAN/SCHEDULING ORDER | | | |
|---|---|---|---|
| | DONE | NOT APPLICABLE | DATE |
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | | | 7/27/20 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 8/18/20 |
| 3. Requests made: | | | |
|    a. Medical records authorization | | X | |
|    b. Section 160.50 release for arrest records | | X | |
|    c. Identification of John Doe/Jane Doe Defendants | | | 3/15/21 |
|    d. Proposed Stipulation of Confidentiality | | | 9/1/20 |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | 7/27/20 |
| **B. SETTLEMENT** | | | |
| 1. Plaintiff to make settlement demand | | | 1/15/21 |
| 2. Defendant to make settlement offer | | | 1/22/21 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | | |
| 4. Settlement Conference (proposed date) | | | 1/25/21 |
| **C. PROPOSED DEADLINES**    \*\*Ex parte settlement statements due January 15, 2021 | | | |
| 1. Motion to join new parties or amend pleadings | | | 3/15/21 |
| 2. Initial document requests and interrogatories | | | 10/23/20 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 4/16/21 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 4/23/21 |
| 5. Expert discovery (only if needed)    _Check here if not applicable_ ☐ | | | |

| | | | |
|---|---|---|---|
| Plaintiff expert proposed field of expertise | (i) Healthcare; (ii) financial/accounting | | |
| Defendant expert proposed field of expertise | (i) Healthcare; (ii) financial/accounting | | |
| | **DONE** | **Not Applicable** | **DATE** |
| a. Case-In-chief expert report due | | | 5/20/21 |
| b. Rebuttal expert report due | | | 6/20/21 |
| c. Depositions of experts to be completed | | | 7/20/21 |
| 6. Completion of ALL DISCOVERY | | | 7/20/21 |
| 7. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | 7/21/21 |
| 8. If District Judge requires Pre-Motion Conference, date to make request | | | 7/28/21 |
| 9. If District Judge does not require Pre-Motion Conference, date to submit briefing schedule | | X | |
| 10. Joint Pre-Trial Order due (if no dispositive motion filed) | | | 8/29/21 |
| **D. CONSENT TO MAGISTRATE JUDGE JURISDICTION** | | | |
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | | | ☐ YES<br>X NO |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | | | ☐ YES<br>X NO |
| **E. *COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY*** | | | |
| 1. Motion for collective action certification in FLSA cases | | | |
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| a. Response due | | | |
| b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Peggy Kuo*                                                       August 18, 2020

_____                      _____
**PEGGY KUO**                                                         Date
United States Magistrate Judge

\** A joint status report is due October 7, 2020 addressing the progress of discovery

4890931.v1