

129 LIVINGSTON STREET
SECOND & THIRD FLOORS
BROOKLYN, NY 11201
T: (718) 438-1200 • F: (718) 438-8883
nbowers@gtmdjd.com

12/30/2020

BY ECF

Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Government Employees Insurance Company, et al., v. Rolando Chumaceiro, M.D., et al.,* **Index No. 20-cv-02220; Withdrawal of Pending Motions to Dismiss**

Dear Judge Komitee:

We write on behalf of Defendants Peter Khaim, A&P Holding Group Corp. ("A&P"), Alexander Buziashvili, and Innovations Tech Group L.L.C. ("Innovations"), (collectively, "GTPC Defendants") to withdraw GTPC Defendants' motion to dismiss Plaintiffs' Complaint against them pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b). We file the instant letter pursuant to the Court's Order dated December 29, 2020.

GTPC Defendants Peter Khaim and A&P have reached a settlement with Plaintiffs. GTPC Defendants Alexander Buziashvili and Innovations have reached a settlement in principle with only a few remaining minor issues to resolve. GTPC Defendants therefore withdraw their pending motions to dismiss without waiving any right to future motion practice on the issues enumerated in their original motion seeking a pre-motion conference filed on July 17, 2020, in the event settlement is not finalized.

Thank you for your time and attention to this matter.

Cc: All Counsel via ECF

Respectfully,
/s/ _____
Nicholas Bowers, Esq.
*Counsel for Defendants Named Herein*
Gary Tsirelman P.C.
129 Livingston, 2nd Floor
Brooklyn NY 11201